| | |
|---|---|
| 1 | **BETTS & WRIGHT, A Professional Corporation** |
| | Attorneys at Law |
| 2 | P.O. Box 28550 |
| | Fresno, California 93729-8550 |
| 3 | Telephone: (559) 438-8500 |
| | Facsimile: (559) 438-6959 |
| 4 | |
| 5 | James B. Betts (State Bar #110222) |
| | Joseph D. Rubin (State Bar #149920) |

Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ROBERT NEVARES, JOHN ROMO, GREG GARNER and ANTHONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS, | Case No. 1:08-CV-01062-OWW-GAS |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE HEARING DATE; AND ORDER THEREON |
| CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. On April 10, 2009, this firm substituted in as counsel in the captioned matter.

2. Defense counsel is set to begin a three to five week trial on April 27, 2009 in Fresno County Superior Court, Case No. 02 CE CG 02240.

3. Defendants' Motion to Dismiss Complaint; For More Definite Statement; and to Strike portions of the Complaint is scheduled to be heard on April 27, 2009.

4. Plaintiff's counsel does not oppose a continuance of the hearing, but

1 | would like the scheduling conference to proceed on the date currently scheduled.

2 |     5. It is respectfully requested that Defendants' Motion to Dismiss
3 | scheduled in the captioned matter before this Court on April 27, 2009 be continued to a
4 | date in June which is convenient to the Court's calendar.
5 | Respectfully requested,

7 | Dated: April 22, 2009      BETTS & WRIGHT

9 | By /s/ Joseph D. Rubin
10 | Joseph D. Rubin
Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ROBERT NEVARES, JOHN ROMO, GREG GARNER and ANTHONY MARTINEZ

13 | Dated: April 22, 2009      EMERSON, COREY, SORENSON, CHURCH & YOHMAN

16 | By /s/ Rayma Church
Rayma Church
Attorneys for Plaintiff JAMES LEWIS

### ORDER

IT IS SO ORDERED. The hearing shall be continued to July 13, 2009 at 10:00 AM in department 3 before Judge Wanger.

IT IS SO ORDERED.

**Dated: April 22, 2009**      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE