1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9   **JAMES LEWIS,**                        )        **1:08-cv-1062 OWW GSA**
                                            )        **1:09-cv-0304 LJO SMS**
10                **Plaintiff,**             )
                                            )        **ORDER CONSOLIDATING ACTIONS**
11        **v.**                            )
                                            )
12  **CITY OF FRESNO, et al.,**             )
                                            )
13               **Defendants.**            )
                                            )
14  _____       )
                                            )
15  **MILLER, et al.,**                     )
                                            )
16               **Plaintiffs,**            )
                                            )
17        **v.**                            )
                                            )
18  **CITY OF FRESNO, et al.,**             )
                                            )
19               **Defendants.**            )
                                            )
20  _____       )

21

22       **These are related cases that have been consolidated under an**

23  **order granting Plaintiffs' Motion to Consolidate filed July 6,**

24  **2009.**

25       **The *Miller, et al., v. City of Fresno, et al.*, action, Case**

26  **Number 1:09-cv-0304 LJO SMS shall be transferred from the docket**

27  **of Judge O'Neill to the docket of Judge Wanger under the Related**

28  **Case Rule and pursuant to the Order of Consolidation issued July**

                                    1

1    **6, 2009.   Future filings in these cases shall be under Case**

2    **Number 1:08-cv-1062 OWW GSA.   Case Number 1:09-cv-0304 LJO SMS**

3    **shall be administratively closed by the Clerk and all filings in**

4    **both cases shall be under number 1:08-cv-1062 OWW GSA.**

5

6    IT IS SO ORDERED.

7    **Dated:    July 8, 2009**                                      **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28