Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA  93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

rchurch@lawecs.com

Attorneys for Plaintiffs, JAMES LEWIS, GERALD MILLER, RON MANNING and JONATHAN PIERRO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>          Plaintiff,<br>     vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ and DOES 1 through 10, inclusive,<br><br>          Defendants.<br>_____<br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>          Plaintiffs,<br>     vs.<br><br>CITY OF FRESNO, JERRY DYER, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ,  JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL,<br><br>          Defendants. | Case No.:  1:08-cv-01062-OWW-GSA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

///

///

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that due to scheduling conflicts and the March 25, 2011 Settlement Conference, the parties have agreed to continue the March 11, 2011 Status Conference Regarding Consolidation.

The parties request the Status Conference be rescheduled for **April 1, 2011** at 8:15 a.m.

DATED:  March 2, 2011

                                  EMERSON, COREY, SORENSEN, CHURCH & LIBKE

                                  By /s/ RAYMA CHURCH
                                     Rayma Church
                                     Attorneys for Plaintiffs,
                                     JAMES LEWIS, GERALD MILLER, RON MANNING and JONATHAN PIERRO

DATED:  March 2, 2011

                                BETTS & RUBIN

                                By  /s/ JAMES BETTS
                                  James B. Betts
                                  Attorneys for Defendants,
                                  CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ, JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL

**ORDER**

Based on the above Stipulation and good cause appearing thereon, that the Status Conference is hereby rescheduled to April 1, 2011 as set forth above in the Stipulation.

IT IS SO ORDERED.

Dated:   **March 3, 2011**                         **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE