1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ;
   JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 | JAMES LEWIS,                          | Case No. 1:08-CV-01062-OWW-SKO
11 |                                       | Consolidated action
   |         Plaintiff,                    |
12 |                                       |
   |    v.                                 |
13 |                                       | STIPULATION TO CONTINUE
   | CITY OF FRESNO; JERRY DYER;           | SETTLEMENT CONFERENCE;
14 | ROBERT NEVAREZ; JOHN ROMO;            | AND ORDER THEREON
   | GREG GARNER; ANTHONY MARTINEZ,        |
15 | and DOES 1 through 10, inclusive,     |
   |                                       |
16 |         Defendants.                   |

17

18

19      IT IS HEREBY STIPULATED AND AGREED, by and between the parties,

20 through their respective counsel of record, as follows:

21      1.     The current settlement conference scheduled before Magistrate Judge

22 Sheila Oberto is set for March 29, 2011.

23      2.     Unfortunately, the parties continue to be active in discovery, which efforts

24 have been complicated over the last 120 days due to both Plaintiff and Defense

25 counsels' trial schedules.  Active discovery which has been pursued, and which is

26 scheduled to be completed in the near future, include voluminous written discovery and

27 the production of in excess of 20,000 pages of documents, plus the following

28 depositions:

| **DEPONENT** | **DATE** |
|---|---|
| Ret. Deputy Chief Roger Enmark | 10/28/10 |
| Capt. Greg Garner | 12/9/10 |
| Sgt. John Romo | 12/10/10 |
| Lt. Anthony Martinez | 12/10/10 |
| Police Officer Brian Phelps | 12/10/10 |
| Deputy Chief Patrick Farmer | 12/10/10 |
| Sgt. Kirk Pool | 12/20/10 |
| Police Officer Jason Jones | 12/20/10 |
| Sgt. John Chandler | 12/20/10 |
| Chief Jerry Dyer | 1/20/11 |
| Sgt. James Lewis | 3/14/11 |
| Police Officer Ron Manning | 3/16/11 |
| Sgt. Mindy Casto | 3/17/11 |
| Police Officer Gerald Miller | 3/18/11 |
| Sgt. George Wilson | 3/22/11 |
| Matasha Manning | 3/22/11 |
| Ret. Sgt. Garry Snow | 3/23/11 |
| Jacky Parks (FPOA) | 3/24/11 |
| John Conlee (FPOA) | 3/24/11 |
| Ret. Sgt. Neil Manha | 3/28/11 |
| Ret. Sgt. James Watson | 3/28/11 |
| Sanford Thomas (percipient) | 3/29/11 |
| Cadet Jonathon Pierro | 3/31/11 |
| Police Officer Tony Bustos | 4/18/11 |
| Chief Jerry Dyer (cont'd) | 4/18/11 |
| Deputy Chief Robert Nevarez | 4/20/11 |
| Deputy Chief Sharon Shaffer | 4/20/11 |
| Police Officer Brett Vestal | 5/10/11 |

3.   Additionally, the parties are in the process of meeting and conferring to

address issues relating to the designation of experts.

4. As a consequence, counsel for both parties do not believe that a constructive dialogue can occur regarding the potential settlement of this case until the presently scheduled discovery is completed.

5. Consequently we request a 90 day continuance of the Settlement Conference, to a date no earlier than June 20, 2011.

Respectfully requested,

Dated: March 22, 2011        BETTS & RUBIN

By /s/ James B. Betts
James B. Betts
Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ROBERT NEVARES, JOHN ROMO, GREG GARNER and ANTHONY MARTINEZ

Dated: March 22, 2011        EMERSON, COREY, SORENSEN, CHURCH & LIBKE

By /s/ Rayma Church
Rayma Church
Attorneys for Plaintiff JAMES LEWIS

**ORDER**

IT IS SO ORDERED.  The Settlement Conference shall be continued to July 12, 2011, at 10:30 a.m. before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   March 23, 2011**            /s/ Sheila K. Oberto
                                                    UNITED STATES MAGISTRATE JUDGE