**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, ROBERT NEVAREZ,
JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____<br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants.<br>_____ | Case No. 1:08-CV-01062-OWW-GAS<br>Consolidated with 1:09-CV-00304<br><br><br>STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AND INDIVIDUAL DEFENDANTS GREG GARNER AND ANTHONY MARTINEZ BY PLAINTIFF JAMES LEWIS |

  IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff James Lewis and the City Defendants, including Greg Garner and Anthony Martinez, through their counsel of record, that:

  1) Plaintiff James Lewis dismisses Defendants Greg Garner and Anthony

Martinez from this action with prejudice, with each party to bear its own fees and costs.

  2)  Plaintiff James Lewis dismisses his cause of action for conspiracy in violation of 42 U.S.C. §1985 with prejudice, with each party to bear their own fees and costs.

Dated: April 20, 2011    BETTS & RUBIN

/s/   James B. Betts
James B. Betts, Esq.
Attorney for Defendants Jerry Dyer, Robert Nevarez, John Romo, Greg Garner, Anthony Martinez

Dated: April 20, 2011    EMERSON, CAREY, SORENSON, CHURCH & LIBKE

/s/   Rayma Church

Rayma Church, Esq.
Attorney for Plaintiff James Lewis

IT IS SO ORDERED.

**Dated: April 20, 2011**      **/s/ Oliver W. Wanger**
                 UNITED STATES DISTRICT JUDGE