**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, GREG GARNER, JOHN CHANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:08-CV-01062-OWW-GAS<br>Consolidated with 1:09-CV-00304<br><br>STIPULATION AND ORDER TO DISMISS INDIVIDUAL DEFENDANTS JERRY DYER, GREG GARNER AND JOHN CHANDLER BY PLAINTIFF GERALD MILLER |

　　　IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Gerald Miller and Defendants Jerry Dyer, Greg Garner and John Chandler, through their counsel of record, that:

//

Stip re Dismissal

1   Plaintiff Gerald Miller dismisses Defendants Jerry Dyer, Greg Garner and John
2  Chandler from this action with prejudice, with each party to bear their own fees and
3  costs.
4
5  Dated: April 20, 2011          BETTS & RUBIN
6
7                                 /s/    James B. Betts
                                   James B. Betts, Esq.
8                                  Attorney for Defendants Jerry Dyer, Greg Garner,
                                   John Chandler
9
10
11
    Dated:   April 20, 2011        EMERSON, CAREY, SORENSON, CHURCH & LIBKE
12
13                                 /s/    Rayma Church
                                   Rayma Church, Esq.
14                                 Attorney for Plaintiff Gerald MillerIT IS SO ORDERED.

15  **Dated:   April 20, 2011**            /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE
16