**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, PATRICK FARMER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants.<br>_____ | Case No. 1:08-CV-01062-OWW-GAS<br>Consolidated with 1:09-CV-00304<br><br>STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AND INDIVIDUAL DEFENDANT PATRICK FARMER BY PLAINTIFF JONATHAN PIERRO |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Jonathan Pierro and Defendants Jerry Dyer and Patrick Farmer, through their counsel of record, that:

　　　　1)　　Plaintiff Jonathan Pierro dismisses Defendant Patrick Farmer from this action with prejudice, with each party to bear their own fees and costs.

2)   Plaintiff Jonathan Pierro dismisses his cause of action for conspiracy in violation of 42 U. S. C. §1985 with prejudice as against Defendant Jerry Dyer, with each party to bear their own fees and costs.

Dated: April 20, 2011     BETTS & RUBIN

/s/   James B. Betts
James B. Betts, Esq.
Attorney for Defendants Jerry Dyer, Patrick Farmer,

Dated:   April 20, 2011     EMERSON, CAREY, SORENSON, CHURCH & LIBKE

/s/   Rayma Church
Rayma Church, Esq.
Attorney for Plaintiff Jonathan Pierro

IT IS SO ORDERED.

**Dated:   April 20, 2011**     **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE