**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants JERRY DYER, ROBERT NEVAREZ, ROGER ENMARK, JOYCE VASQUEZ, MINDY MEDINA, ERIC EIDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No. 1:08-CV-01062-OWW-GAS<br>Consolidated with 1:09-CV-00304<br><br>STIPULATION AND ORDER TO DISMISS CERTAIN CLAIMS AND INDIVIDUAL DEFENDANTS JERRY DYER, ROGER ENMARK, ROBERT NEVAREZ, JOYCE VASQUEZ, ERIC EIDE AND MINDY MEDINA-CASTO BY PLAINTIFF RON MANNING |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Ron Manning and Defendants Jerry Dyer, Roger Enmark, Robert Nevarez, Joyce Vasquez, Eric Eide and Mindy Medina-Casto, through their counsel of record, that:

    1)    Plaintiff Gerald Miller dismisses Defendants Jerry Dyer, Roger Enmark,

Robert Nevarez, Joyce Vasquez, Eric Eide and Mindy Medina-Casto from this action with prejudice, with each party to bear its own fees and costs.

   2) Plaintiff Ron Manning dismisses his cause of action for conspiracy in violation of 42 U. S. C. §1985 with prejudice, with each party to bear their own fees and costs.

Dated:  April 20, 2011   BETTS & RUBIN

/s/ James B. Betts
James B. Betts, Esq.
Attorney for Defendants Jerry Dyer, Robert Nevarez, Roger Enmark, Joyce Vasquez, Mindy Medina, Eric Eide

Dated:   April 20, 2011   EMERSON, CAREY, SORENSON, CHURCH & LIBKE

/s/ Rayma Church
Rayma Church, Esq.
Attorney for Plaintiff Ron ManningIT IS SO ORDERED.

**Dated:   April 20, 2011**     **/s/ Oliver W. Wanger**
               UNITED STATES DISTRICT JUDGE