1 | Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

rchurch@lawecs.com

Attorneys for Plaintiffs, JAMES LEWIS, GERALD MILLER, RON MANNING and JONATHAN PIERRO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS, <br><br>             Plaintiff, <br>     vs. <br><br> CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ and DOES 1 through 10, inclusive, <br><br>             Defendants. <br> _____ <br><br> GERALD MILLER, RON MANNING and JONATHAN PIERRO, <br><br>             Plaintiffs, <br>     vs. <br><br> CITY OF FRESNO, JERRY DYER, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ, JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL, <br><br>             Defendants. | Case No.: 1:08-cv-01062-OWW-GSA <br><br> **ORDER AMENDING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT** |

1.     Date of Conference:

        May 17, 2011

---

Order Amending Schedule                                                                                   Page 1

2. Summary Judgment Motions Schedule

Plaintiffs' oppositions to the Motions for Summary Judgment are to be filed no later than June 6, 2011. Any reply to the oppositions shall be filed no later than June 13, 2011. Hearing on the Motions for Summary Judgment will be continued to June 20, 2011 at 10 a.m. before the Honorable Oliver W. Wanger, in Courtroom 3, 7th Floor.

All other dates and times set forth in the Second Amended Scheduling Order remain the same.

IT IS SO ORDERED.

Dated:   **May 17, 2011**                    **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE