1  Rayma Church, No. 154897
      LAW OFFICES OF
2  **EMERSON, COREY, SORENSEN,**
      **CHURCH & LIBKE**
3  2520 WEST SHAW LANE, SUITE 102
   FRESNO, CALIFORNIA  93711-2765
       Telephone: (559) 432-7641
4      Facsimile:   (559) 432-7639

   rchurch@lawecs.com
5  Attorneys for Plaintiffs, JAMES LEWIS, GERALD MILLER,
   RON MANNING and JONATHAN PIERRO
6

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10 | JAMES LEWIS, | Case No.: 1:08-cv-01062-OWW-GSA |

11 |         Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND ORDER** |
12 |    vs. |

13 | CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ and DOES 1 through 10, inclusive, |
14
15
16 |         Defendants. |
   _____
17
   GERALD MILLER, RON MANNING and
18 JONATHAN PIERRO,

19         Plaintiffs,
      vs.
20
21 CITY OF FRESNO, JERRY DYER, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ, JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL,
22
23
24
25
           Defendants.
26
27 ///

28 ///

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that due to scheduling conflicts and the outstanding ruling on the Motions for Summary Judgment, the parties have agreed to continue the July 12, 2011 Settlement Conference to **July 28, 2011** at 10:30 a.m.

DATED: July 6, 2011

          EMERSON, COREY, SORENSEN,
                CHURCH & LIBKE

By    /s/
    Rayma Church
    Attorneys for Plaintiffs,
    JAMES LEWIS, GERALD MILLER, RON MANNING and JONATHAN PIERRO

DATED: July 6, 2011

BETTS & RUBIN

By    /s/
    James B. Betts
    Attorneys for Defendants,
    CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ, JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL

**ORDER**

Based on the above Stipulation and good cause appearing thereon, the Settlement Conference is hereby rescheduled to July 28, 2011 as set forth above in the Stipulation.

IT IS SO ORDERED.

Dated: **July 7, 2011**         **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE