Rayma Church, No. 154897

LAW OFFICES OF
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 WEST SHAW LANE, SUITE 102
FRESNO, CALIFORNIA 93711-2765
Telephone: (559) 432-7641
Facsimile:   (559) 432-7639

rchurch@lawecs.com

Attorneys for Plaintiffs, JAMES LEWIS, GERALD MILLER, RON MANNING and JONATHAN PIERRO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>       Plaintiff,<br>   vs.<br><br>CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ and DOES 1 through 10, inclusive,<br><br>       Defendants.<br>_____<br>GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>       Plaintiffs,<br>   vs.<br><br>CITY OF FRESNO, JERRY DYER, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ,  JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL,<br><br>       Defendants. | Case No.:  1:08-cv-01062-OWW-GSA<br><br>**STIPULATION REGARDING JOINT PRETRIAL CONFERENCE STATEMENT AND CONFERENCE AND ORDER** |

///

///

Stipulation Regarding Joint Pretrial Conference Statement and Conference and Order   Page 1

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, that due to scheduling conflicts and the outstanding ruling on the Motions for Summary Judgment, the parties will submit their Joint Pretrial Conference Statement on July 14, 2011, with the Court's approval.

Further, it is hereby stipulated that, with the Court's approval, counsel for the Plaintiffs may appear telephonically at the Pretrial Conference on Monday, July 18, 2011 if she is unable to appear personally for reasons previously outlined in her letter to the Court of July 11, 2011.

DATED:  July 12, 2011

        EMERSON, COREY, SORENSEN,
            CHURCH & LIBKE

By _____/s/_____
    Rayma Church
    Attorneys for Plaintiffs,
    JAMES LEWIS, GERALD MILLER, RON
    MANNING and JONATHAN PIERRO

DATED:  July 12, 2011

BETTS & RUBIN

By _____/s/_____
    James B. Betts
    Attorneys for Defendants,
    CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ, JOHN ROMO, GREG GARNER, ANTHONY MARTINEZ, ROGER ENMARK, PATRICK FARMER, ROBERT NEVAREZ, JOYCE VASQUEZ, GREG GARNER, JOHN CHANDLER, ERIC EIDE, MINDY MEDINA, KIRK POOL, ANTHONY BUSTOS, JASON JONES, BRIAN PHELPS, STUART RIBA and BRETT VESTAL

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the above Stipulation and good cause appearing thereon, the Joint Pretrial Conference Statement may be filed on July 14, 2011 and counsel for the Plaintiffs may appear telephonically at the Pretrial Conference as set forth above in the Stipulation.

**IT IS SO ORDERED**.

DATED:  _July 14, 2011____

                                  __/s/ OLIVER W. WANGER___
                                  UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com