**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ and JOHN ROMO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF FRESNO; JERRY DYER; ROBERT NEVAREZ; JOHN ROMO; GREG GARNER; ANTHONY MARTINEZ, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 1:08-CV-01062-OWW-GAS<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT IN THE LEWIS ACTION ON BEHALF OF DEFENDANTS CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ AND JOHN ROMO** [FRCP 56; Local Rule 56-260] |

　　　　The Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment filed by Defendants City of Fresno, Jerry Dyer, Robert Nevarez and John Romo came on regularly for hearing on June 13, 2011.  Defendants were represented by attorney James B. Betts.  Plaintiff James Lewis was represented by attorney Rayma Church.

　　　　After considering the moving and opposition papers, the arguments of counsel and all other matters presented to the Court, and for the reasons set forth in the Court's Memorandum of Decision (Doc. 102), referred to and incorporated herein by reference;

////

////

1  IT IS ORDERED that the Motion for Summary Judgment in the **LEWIS** matter by
2  Defendants City of Fresno, Jerry Dyer, Robert Nevarez and John Romo is granted in its
3  entirety.
4  .

IT IS SO ORDERED.

**Dated:   July 15, 2011**                             /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE