1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants CITY OF FRESNO, BRIAN PHELPS

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, a municipality; JERRY DYER, individually; GREG GARNER, individually; ROGER ENMARK, individually; PATRICK FARMER, individually; ROBERT NEVAREZ, individually; JOYCE VASQUEZ, individually; JOHN CHANDLER, individually; ERIC EIDE, individually; MINDY MEDINA, individually; KIRK POOL, individually; TONY BUSTOS, individually; JASON JONES, individually; BRIAN PHELPS, individually; STUART RIBA, individually; BRETT VESTAL, individually,<br><br>    Defendants. | Case No. 1:08-CV-01062-OWW<br><br>ORDER GRANTING, IN PART, AND DENYING IN PART, MOTION FOR SUMMARY JUDGMENT IN THE **MANNING** ACTION ON BEHALF OF DEFENDANTS CITY OF FRESNO AND BRIAN PHELPS [FRCP 56; Local Rule 56-260] |

   The Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment filed by Defendants City of Fresno and Brian Phelps came on regularly for hearing on June 13, 2011.  Defendants were represented by attorney Joseph D. Rubin.  Plaintiff Ron Manning was represented by attorney Rayma Church.

   ////

   ////

After considering the moving and opposition papers, the arguments of counsel and all other matters presented to the Court, and for the reasons set forth in the Court's Memorandum of Decision (Doc. 103), referred to and incorporated herein by reference;

IT IS ORDERED:

(1) That the City's Motion for Partial Summary Judgment on **MANNING'S** federal claims is granted;

(2) That the City's Motion for Partial Summary Judgment on **MANNING'S** claim for FEHA violations is denied;

(3) That Phelps' Motion for Partial Summary Judgment on **MANNING'S** claim for violation of the Fourth Amendment based on false arrest is granted;

(4) That Phelps' Motion for Partial Summary Judgment on **MANNING'S** claim for violation of the Fourth Amendment based on the reasonableness of the traffic stop is denied; and

(5) That Phelps' Motion for Partial Summary Judgment on **MANNING'S** equal protection claim is denied subject to Federal Rules of Evidence 104 foundation being established consistent with the Court's decision.

IT IS SO ORDERED.

**Dated:   July 15, 2011**                    /s/ Oliver W. Wanger
                              UNITED STATES DISTRICT JUDGE