1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants CITY OF FRESNO, TONY BUSTOS and STUART RIBA

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 GERALD MILLER, RON MANNING and  ) Case No. 1:08-CV-01062-OWW
   JONATHAN PIERRO,                )
12                                 ) ORDER GRANTING MOTION FOR
              Plaintiff,           ) SUMMARY JUDGMENT IN THE
13                                 ) **MILLER** ACTION ON BEHALF OF
       v.                          ) DEFENDANTS TEMUJIN "TONY"
14                                 ) BUSTOS AND STUART RIBA AND
   CITY OF FRESNO, a municipality; JERRY ) PARTIAL SUMMARY JUDGMENT
15 DYER, individually; GREG GARNER, ) AS TO THE CITY OF FRESNO
   individually; ROGER ENMARK,     ) [FRCP 56; Local Rule 56-260]
16 individually; PATRICK FARMER,   )
   individually; ROBERT NEVAREZ,   )
17 individually; JOYCE VASQUEZ,    )
   individually; JOHN CHANDLER,    )
18 individually; ERIC EIDE, individually; )
   MINDY MEDINA, individually; KIRK POOL, )
19 individually; TONY BUSTOS, individually; )
   JASON JONES, individually; BRIAN )
20 PHELPS, individually; STUART RIBA, )
   individually; BRETT VESTAL, individually, )
21                                 )
              Defendants.          )
22 _____)

23     The Motion for Summary Judgment, or in the Alternative, for Partial Summary

24 Judgment filed by Defendants City of Fresno, Temujin "Tony" Bustos and Stuart Riba

25 came on regularly for hearing on June 13, 2011.  Defendants were represented by

26 attorney Joseph D. Rubin.  Plaintiff Gerald Miller was represented by attorney Rayma

27 Church.

28 ////

Order re MSJ

1  After considering the moving and opposition papers, the arguments of counsel
2 and all other matters presented to the Court, and for the reasons set forth in the Court's
3 Memorandum of Decision (Doc. 104), referred to and incorporated herein by reference;
4  IT IS ORDERED:
5  (1)  That the Motion for Summary Judgment in the **MILLER** matter by
6   Defendants Temujin "Tony" Bustos and Stuart Riba is granted in its
7   entirety;
8  (2)  That the City's Motion for Partial Summary Judgment as to **MILLER'S**
9   federal claims is granted;
10  (3)  That the City's Motion for Partial Summary Judgment as to **MILLER'S**
11   FEHA claim for discrimination is granted; and
12  (4)  That the City's Motion for Partial Summary Judgment as to **MILLER'S**
13   claim for retaliation is denied.

IT IS SO ORDERED.

**Dated:   July 15, 2011**         /s/ Oliver W. Wanger
                    UNITED STATES DISTRICT JUDGE