1  **BETTS & RUBIN, A Professional Corporation**
   Attorneys at Law
2  907 Santa Fe Avenue, Suite 201
   Fresno, California 93721
3  Telephone: (559) 438-8500
   Facsimile:  (559) 438-6959
4
   James B. Betts (State Bar #110222)
5  Joseph D. Rubin (State Bar #149920)

6  Attorneys for Defendants CITY OF FRESNO, JERRY DYER, KIRK POOL, JASON JONES, BRETT VESTAL
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | GERALD MILLER, RON MANNING and ) | Case No. 1:08-CV-01062-OWW
   | JONATHAN PIERRO,                )
12 |                                 ) | ORDER GRANTING MOTION FOR
   |         Plaintiff,              ) | SUMMARY JUDGMENT IN THE
13 |                                 ) | **PIERRO** ACTION ON BEHALF OF
   |     v.                          ) | DEFENDANTS CITY OF FRESNO,
14 |                                 ) | JERRY DYER, KIRK POOL, JASON
   | CITY OF FRESNO, a municipality; JERRY ) | JONES AND BRETT VESTAL
15 | DYER, individually; GREG GARNER, ) | [FRCP 56; Local Rule 56-260]
   | individually; ROGER ENMARK,     )
16 | individually; PATRICK FARMER,   )
   | individually; ROBERT NEVAREZ,   )
17 | individually; JOYCE VASQUEZ,    )
   | individually; JOHN CHANDLER,    )
18 | individually; ERIC EIDE, individually; )
   | MINDY MEDINA, individually; KIRK POOL, )
19 | individually; TONY BUSTOS, individually; )
   | JASON JONES, individually; BRIAN )
20 | PHELPS, individually; STUART RIBA, )
   | individually; BRETT VESTAL, individually, )
21 |                                 )
   |         Defendants.             )
22 | _____ )

23     The Motion for Summary Judgment, or in the Alternative, for Partial Summary

24 Judgment filed by Defendants City of Fresno, Jerry Dyer, Kirk Pool, Jason Jones and

25 Brett Vestal came on regularly for hearing on June 13, 2011.  Defendants were

26 represented by attorney Joseph D. Rubin.  Plaintiff Jonathan Pierro was represented by

27 attorney Rayma Church.

28 ////

                                                              Order re MSJ

1  After considering the moving and opposition papers, the arguments of counsel
2  and all other matters presented to the Court, and for the reasons set forth in the Court's
3  Memorandum of Decision (Doc. 105), referred to and incorporated herein by reference;
4  IT IS ORDERED that the motion for summary judgment in the **PIERRO** matter by
5  Defendants City of Fresno, Jerry Dyer, Kirk Pool, Jason Jones, and Brett Vestal is
6  granted in its entirety.

IT IS SO ORDERED.

**Dated:   July 15, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE