**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ and JOHN ROMO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEWIS,<br><br>             Plaintiff,<br><br>       v.<br><br>CITY OF FRESNO; JERRY DYER;<br>ROBERT NEVAREZ; JOHN ROMO;<br>GREG GARNER; ANTHONY MARTINEZ,<br>and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 1:08-CV-01062-OWW<br><br>JUDGMENT ON BEHALF OF THE CITY OF FRESNO, JERRY DYER, ROBERT NEVAREZ AND JOHN ROMO IN THE **LEWIS** ACTION |

Pursuant to a Stipulation and Order, the Court dismissed certain claims against Defendants (Document No. 69).  Thereafter, as detailed in the Court's Memorandum of Decision and Order (Documents 102, 114), the Court granted summary judgment in favor of Defendants.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants City of Fresno, Jerry Dyer, Robert Nevarez and John Romo and against Plaintiff **James Lewis**.  Plaintiff **Lewis** shall take nothing against

////

////

////

1  these Defendants by way of his operative complaint, and Defendants may recover their
2  costs of suit as permitted by statute.
3
4  .
5
6
7
8
9
10  IT IS SO ORDERED.
11  **Dated:   July 26, 2011**                              **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE
12