**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO, JERRY DYER, KIRK POOL, JASON JONES, BRETT VESTAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF FRESNO, a municipality; JERRY DYER, individually; GREG GARNER, individually; ROGER ENMARK, individually; PATRICK FARMER, individually; ROBERT NEVAREZ, individually; JOYCE VASQUEZ, individually; JOHN CHANDLER, individually; ERIC EIDE, individually; MINDY MEDINA, individually; KIRK POOL, individually; TONY BUSTOS, individually; JASON JONES, individually; BRIAN PHELPS, individually; STUART RIBA, individually; BRETT VESTAL, individually,<br><br>             Defendants. | Case No. 1:08-CV-01062-OWW<br><br>JUDGMENT ON BEHALF OF THE CITY OF FRESNO, JERRY DYER, KIRK POOL, JASON JONES AND BRETT VESTAL IN THE **PIERRO** ACTION |

Pursuant to a Stipulation and Order, the Court dismissed certain claims against Defendants (Document No. 71).  Thereafter, as detailed in the Court's Memorandum of Decision and Order (Documents 105, 117), the Court granted summary judgment in favor of Defendants.

////

////

Order re MSJ

1    THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that judgment is
2 entered in favor of Defendants City of Fresno, Jerry Dyer, Kirk Pool, Jason Jones and
3 Brett Vestal and against Plaintiff **Jonathan Pierro**.  Plaintiff **Pierro** shall take nothing
4 against these Defendants by way of his operative complaint, and Defendants may
5 recover their costs of suit as permitted by statute.

7 .

20                        IT IS SO ORDERED.

21 **Dated:   July 26, 2011**            /s/ Oliver W. Wanger
                                  UNITED STATES DISTRICT JUDGE