FILED
SEP 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON MANNING,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FRESNO, BRIAN PHELPS,<br><br>    Defendants. | 1:08-cv-1062 OWW SKO<br><br>ORDER REGARDING JURY COSTS TO BE PAID BY DEFENDANT (EDCA L.R. 272) |

    This matter comes before the court upon the announced settlement of the case by the parties after a jury panel had been called and was present the morning of trial September 14, 2011. Although Plaintiff's counsel sent an electronic communication to the Courtroom Deputy on September 13, 2011, it came after the time the Courtroom Deputy had departed for the day and provided insufficient time to call the jury panel off. Prospective jurors are summoned from all over the Eastern District of California, Fresno Division, which is a huge geographic area. The parties were offered the opportunity to select a jury, make opening statements, and then adjourn until the City Council approved the settlement.

    Based on Local Rules of the Eastern District of California

272 and 110, no objection having been received from either party; GOOD CAUSE APPEARING THEREFOR

IT IS ORDERED pursuant to the parties' settlement agreement that the City of Fresno shall pay to the United States District Court for the Eastern District of California the sum of $5,512.96 in accordance with the Cost Assessment Bill attached to this Order marked Exhibit A and by this reference incorporated, for failure of the parties to timely notify the court to enable it to call the jury off.

DATED: September 15, 2011.

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

From: 09/13/11  To: 09/14/11

# Cost Assessment Bill

Event Number : 1:08-CVT1062 OWW

Date: 09/14/2011
Time: 1:05 PM

| Attendance Date | Attendance | Mileage | Parking | Public Trans | Subsistence | Misc. | Total Exp. | Total |
|---|---|---|---|---|---|---|---|---|
| September 13, 2011 | 160.00 | 286.11 | 0.00 | 0.00 | 608.00 | 0.00 | 894.11 | 1,054.11 |
| September 14, 2011 | 1,800.00 | 2,414.85 | 0.00 | 0.00 | 244.00 | 0.00 | 2,658.85 | 4,458.85 |
| Totals: | 1,960.00 | 2,700.96 | 0.00 | 0.00 | 852.00 | 0.00 | 3,552.96 | 5,512.96 |

Page 1 of 1