**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, California 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO
and BRIAN PHELPS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD MILLER, RON MANNING and JONATHAN PIERRO,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>            Defendants. | Case No. 1:08-CV-01062-AWI-SKO<br><br>STIPULATION AND ORDER<br>RE: DISMISSAL |

   IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Ron Manning and Defendants City of Fresno and Brian Phelps, through their counsel of record, that Plaintiff Ron Manning dismisses his action in its entirety with prejudice, with each party to bear his/its own fees and costs, including attorney's fees.


Dated:  May 21, 2012         BETTS & RUBIN


                             /s/    James B. Betts
                             James B. Betts, Esq.
                             Attorney for Defendants City of Fresno and Brian Phelps
//

1 | Dated:   May 21, 2012        EMERSON, CAREY, SORENSON, CHURCH & LIBKE

                                  /s/    Rayma Church

                                  Rayma Church, Esq.
                                  Attorney for Plaintiff Ron Manning



                                        **ORDER**

IT IS SO ORDERED.

Dated:   May 21, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE